IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jamonz Ross, | ) No. CV 05-4177-PHX-MHM (ECV) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Joseph M. Arpaio, | ) |
| Defendant. | ) |

Pending before the court is Plaintiff's Motion to Amend Complaint (Doc. #8). Plaintiff presents no reasons to support his request for leave to amend. In addition, Plaintiff has failed to attach to his motion a copy of the proposed amended complaint that indicates how it differs from the original. See LRCiv. 15.1(a)(1). Plaintiff has also failed to lodge an original of the proposed amended complaint with the Clerk of Court. See LRCiv. 15.1(a)(2). Having failed to comply with the requirements for seeking to amend a complaint, Plaintiff's motion will be denied.

**IT IS THEREFORE ORDERED:**

That Plaintiff's Motion to Amend Complaint (Doc. #8) is **denied**.

DATED this 4th day of August, 2006.

Edward C. Voss
United States Magistrate Judge