1
2
3
4
5
6                      IN THE UNITED STATES DISTRICT COURT
7                       FOR THE DISTRICT OF ARIZONA
8
9    Jamonz Ross,                      )    No. CV 05-4177-PHX-MHM (ECV)
                                       )
10              Plaintiff,             )    **ORDER**
                                       )
11   vs.                               )
                                       )
12                                     )
     Joseph M. Arpaio,                 )
13                                     )
                Defendant.             )
14                                     )
                                       )
15   ───────────────────────────────────

16        Plaintiff has filed a Motion for Appointment of Counsel (Doc. #14).   There  is  no

17   constitutional right to appointment of counsel in a civil case.  See Ivey v. Board of Regents

18   of University of Alaska, 673 F.2d 266 (9th Cir. 1982).  The appointment of counsel in a civil

19   rights case is required only when exceptional circumstances are present.  Aldabe v. Aldabe,

20   616 F.2d 1089 (9th Cir. 1980); Wilborn v. Escalderon, 789 F.2d 1328 (9th Cir. 1986).  "A

21   finding of exceptional circumstances requires an evaluation of both 'the likelihood of success

22   on the merits [and] the ability of the petitioner to articulate his claims *pro se* in light of the

23   complexity of the legal issues involved.'"  Wilborn, 789 F.2d at 1331 (quoting Weygandt v.

24   Look, 718 F.2d 952, 954 (9th Cir. 1983)).  The Court must review both of these factors

25   together in deciding whether or not to appoint counsel.  Id.

26        Plaintiff has presented nothing to show a likelihood of success on the merits of his

27   claims.  Regarding his ability to articulate his claims in light of the complexity of the legal

28   issues involved, Plaintiff simply states that the issues are complex and will required

significant research and investigation.  He further contends that he has limited access to the law library and limited knowledge of the law.  The court finds that Plaintiff has failed to show exceptional circumstances in this case.  Accordingly, the motion for appointment of counsel will be denied.

**IT IS THEREFORE ORDERED:**

That Plaintiff's Motion for Appointment of Counsel (Doc. #14) is **DENIED**.

DATED this 12th day of October, 2006.

_Edward C. Voss_

Edward C. Voss
United States Magistrate Judge